CSD 1100 [09/26/06]JCC adapted 100912 GW 3379
Name, Address, Telephone No. & I.D. No.

Law Offices of John C. Colwell, a P.L.C. #118532
Daniel J. Wiedecker, #244210
Alison M. Jones, #259549
Christopher R. Bush, #243471
121 Broadway, Ste. 533, San Diego, CA 92101
877-662-3287 Fax 619-338-9215
www.debtclinic.com drlc@debtclinic.com Attorneys for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Rosalyn Renee Nixon

BANKRUPTCY NO. 11-07108-LA7

Debtor.

**AMENDMENT**

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [✓] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [✓] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
    - [ ] Correcting or deleting other information.  See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: 4/29/2011                    Signature /s/ John C. Colwell
                                              Attorney for Debtor

**DECLARATION OF DEBTOR**

I [We] __Rosalyn Renee Nixon__ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __1__ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 4/29/2011  /s/  __Rosalyn Renee Nixon__                /s/
                       Debtor                                 Joint Debtor

CSD 1100                                    **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  29  day of  April 2011 , I served a true copy of the within AMENDMENT by [describe here mode of service]

U.S. Mail, Postage pre-paid

on the following persons [set forth name and address of each person served] and/or as checked below:

[✓]    Chpt. 7 Trustee:

Nancy L. Wolf, Ch. 7 Trustee, PO BOX 420448, SAN DIEGO, CA 92142

Rosalyn Renee Nixon, PO Box 641, Imperial Beach, CA 91933

| [✓] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  4/29/2011
(Date)

/s/ John C. Colwell
(Typed Name and Signature)

121 Broadway, Ste. 533
(Address)

San Diego, CA 92101
(City, State, ZIP Code)

CSD 1100

**B6F (Official Form 6F) (12/07) - Cont.**

AMENDED

In re __Rosalyn Renee Nixon_____,   Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6009<br>IQ DATA INTERNATIONAL<br>PO BOX 3568<br>EVERETT, WA 98213 | | | Incurred: 07/06<br>Consideration: Collection Account<br>FOR EMERALD PALMS APARTM | | | | 4,978.00 |
| ACCOUNT NO. 4003<br>JEFFERSON CAPITAL SYST<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 | | | PAID COLLECTION | | | | Notice Only |
| ACCOUNT NO. 3636<br>MIDLAND CREDIT MGMT<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | | | Incurred: 11/09<br>Consideration: Collection Account<br>FOR HSBC BANK NEVADA N.A. | | | | 751.00 |
| ACCOUNT NO.<br>NORA HERRERA<br>600 ALEJANDRA PLACE<br>CHULA VISTA, CA 91910<br>"ADDED" | | | Incurred: 2011<br>Consideration: Judgement for Damages<br>From Residential Lease | | X | | 3,899.71 |
| ACCOUNT NO. 2796<br>PORTFOLIO RECVRY&AFFIL<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502 | | | Incurred: 03/09<br>Consideration: Collection Account<br>FOR HSBC CARD SERVICES | | | | 963.00 |

Sheet no. _7_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 10,591.71

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)